UNITED   STATES   BANKRUPTCY   COURT
EASTERN   DISTRICT   OF   NEW   YORK

| In re:          | Case No. 117-46517-NHL |
|-----------------|------------------------|
| SINGH, DALJIT   | Chapter 7              |
| Debtor          |                        |

## ORDER AUTHORIZING RETENTION OF ATTORNEY FOR TRUSTEE

UPON the application of David J. Doyaga, Sr., Trustee herein, dated February 27, 2018, for an Order of the Court authorizing the Trustee to retain Law Offices of David J. Doyaga (the "Firm") as attorney for the Trustee under a general retainer (the "Application"), and upon the Affirmation of Disinterested Person of David J. Doyaga, Sr. Esq. executed on February 27, 2018(the "Affirmation"), and it appearing that Law Offices of David J. Doyaga does not hold adverse interest to the bankruptcy estate of the above-captioned Debtors and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14); after due deliberation, it is hereby

ORDERED, that pursuant to 11 U.S.C. § 327(a) and (d), David J. Doyaga, Sr. as Trustee, is hereby authorized to retain Law Offices of David J. Doyaga to act as his attorneys in this proceeding under a general retainer, to the extent provided for in the Application and Affirmation, effective February 27, 2018.The Firm shall seek compensation for legal services upon application to the Court, and upon notice and a hearing pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2014 and E.D.N.Y. L.B.R. 2014-1 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED, that ten (10) business days prior to any increases in the Firm's billing rates for any individual employed by the Firm and retained by the Trustee pursuant to Court Order, the Firm shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the Office of the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date of the Trustee submits the Trustee's Final Report to the United States Trustee.

_____/\_\_\_/_____

NO OBJECTION

UNITED STATES TRUSTEE

UNITED   STATES   BANKRUPTCY   COURT

EASTERN  DISTRICT   OF   NEW   YORK

| | |
|---|---|
| In re:<br><br>SINGH, DALJIT,<br><br><br>Debtor. | Case No. 117-46517- NHL<br><br>Chapter 7 |

**APPLICATION TO RETAIN COUNSEL**

TO THE HONORABLE NANCY HERSHEY LORD

UNITED STATES BANKRUPTCY JUDGE:

    The Application of David J Doyaga, Sr.,   respectfully shows and represents:

    1. On December 5, 2017, the above captioned Debtor (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

    2. Pursuant to the Notice of Appointment of Interim Trustee, David J. Doyaga, Sr., ("Applicant") was appointed Trustee for the Estate of the Debtor and is now qualified and acting as such Trustee.

    3. Applicant is an attorney duly admitted to practice law before the bar of this Court and the Courts of the State of New York.

    4. Applicant seeks a Court Order authorizing retention of Law Offices of David J. Doyaga as attorneys for the Trustee and believes Law Offices of David J. Doyaga to be qualified

to act as such in connection with the administration of this estate, as Law Offices of David J. Doyaga have had substantial experience attorneys in proceedings of this nature.

5. Law Offices of David J. Doyaga neither holds nor represents any interest adverse to the Trustee or to the Estate of this Debtor.

6. The Law Offices of David J. Doyaga have had no connection with the Debtor, its creditors or any other parties in interest or their respective attorneys.

7. Trustee submits that Law Offices of David J. Doyaga's retention as attorney, if approved, would enable the Estate to be administered in an expeditious and economical fashion, which will be in the best interests of the Estate, its creditors and other parties in interest.

8. **The Trustee believes that counsel will be necessary to assist the Trustee in anticipated litigation involving the compelled turnover and sale of the Debtor's nonexempt property. Upon any future settlement of the litigation, counsel will be needed to move for the approval of any settlement.**

9. No previous Application for the relief sought herein has been made to this or any other Court.

10. The terms of the retention shall be hourly. I presently bill at a rate of $650 an hour for my time, $375 an hour for my associate and $285 an hour for the time of my paralegal.

WHEREFORE, applicant respectfully prays for an order of this Court authorizing the Trustee to retain Law Offices of David J. Doyaga to act as attorneys in this proceeding under a general retainer, and that he be granted such other, further, and different relief as to this Court may seem just and proper.

Dated:  Brooklyn, New York
            February 27, 2018

<u>S/ David J. Doyaga, Sr.</u>
David J. Doyaga, Sr. Esq. (dd7297)
26 Court Street
Suite 1601
Brooklyn, New York 11242
(718) 488-7500

UNITED   STATES   BANKRUPTCY   COURT

EASTERN DISTRICT   OF   NEW   YORK

|  |  |
|---|---|
| In re<br><br>SINGH, DALJIT,<br><br><br>Debtor. | Case No.   117-46517-nhl<br><br>Chapter   7 |

**AFFIRMATION OF DISINTERESTED PARTY**

David J. Doyaga, Sr. ESQ., a member of Law Offices of David J. Doyaga affirms as follows:

    1.  I am duly admitted to practice before the Bar of this Court and the Courts of the State of New York, with offices located at 26 Court Street, Suite 1002, Brooklyn, New York 11242.

    2.  This matter arises in a Chapter 7 Proceeding pending in the United States Bankruptcy Court for the Eastern District of New York which requires the administration of the Estate, specifically the pursuit of assets and claims that the Estate possesses.

    3.  To the best of my knowledge, information, and belief, I have no connection in this matter with the Debtor, the Debtor's attorney, the Debtor's creditors, or any other parties in interest or their respective attorney except that I am also the Trustee of the above Estate. I did not file the Debtor's petition for relief under Title 11 of the United States Code, I have not acted as the attorney for any creditor, or served as an examiner in this proceeding.  I verily believe that I am a disinterested person pursuant to and within the meaning of the United States Bankruptcy Code. Neither I, nor any of my firm has any connection with the above-named Debtor, nor to the best of my knowledge, its creditors or any other party in interest, or their respective attorneys, or accountants, the United States Trustee or any person employed in the Office of the United States

Trustee.   Neither my firm nor I hold any claims against the Debtor and is an "insider" of the Debtor, as such term is defined in Title 11 of the United States Code (the "Code").   Neither I, nor any of my firm, including my staff, hold or represent an interest adverse to the Debtor or the Estate.

4.  I represent no interest adverse to the Trustee or the above-referenced Estate as to the matters upon which I am to be engaged.

5.  No agreement or understanding exists between myself and any other person for a division of compensation paid or to be paid for services rendered in this proceeding, and in accordance with Bankruptcy Rule 2016, no division of compensation shall be made by affiant and no agreement prohibited by 18 U.S.C. § 155 has been or will be made.

6.  I am the attorney who will bear primary responsibility for the representation of the Trustee and the Estate of the Debtor herein.

7.  I have read and am generally familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for both the Southern and Eastern Districts of New York.

8.  I verily believe I am competent to represent the interests of the Trustee on whose behalf representation is now sought.

Dated: Brooklyn, New York
        February 27, 2018

                              S\ *David J. Doyaga*, Sr.
                              David J. Doyaga, Sr. Esq.(dd7297)
                              Law Offices of David J. Doyaga
                              Attorneys at Law
                              26 Court Street, Suite 1601
                              Brooklyn, New York 11242